IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XTC CABARET (DALLAS) INC. D/B/A XTC CABARET et al. | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § | Civil Action No. 3:24-CV-00042-B |
| THE CITY OF DALLAS TEXAS et al., Defendants. | | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant City of Dallas on behalf of itself and its nonjural subdivision the Dallas Police Department (together, the "City") and files this unopposed motion for an extension of time up to and including Friday, March 1, 2024, for the City to move, answer, or otherwise respond to Plaintiffs' original complaint. Plaintiffs do not oppose this request. The City seeks this extension in good faith and not for delay. In support of this request, the City shows as follows:

1. The City's current deadline to move, answer, or otherwise respond to the original complaint is Wednesday, January 31, 2024. The City requests that the Court extend the deadline for thirty (30) days until Friday, March 1, 2024, due to counsel for the City's competing professional obligations during this limited time. Plaintiffs are unopposed to the extended deadline.

3. There is no trial setting in this case, and the requested extension will not affect other deadlines.

4. A district court may, for good cause, extend the time by when an act must be done if the request is made before the original time, or the extension expires. *See* Fed. R. Civ. P.

6(b)(1)(A). The City's request for extension is supported by good cause.

5. Accordingly, the City respectfully request this Court to approve extending the deadline for the City to move, answer, or otherwise respond to Plaintiffs' original complaint until March 1, 2024.

    Respectfully submitted,

    TAMMY L. PALOMINO
    CITY ATTORNEY

    By: *s/ Kathleen M. Fones*
    Kathleen M. Fones
    Texas Bar No. 24050611
    Assistant City Attorney
    kathleen.fones@dallas.gov

    Stacy Jordan Rodriguez
    Texas Bar No. 11016750
    Assistant City Attorney
    stacy.rodriguez@dallas.gov

    Dallas City Hall
    1500 Marilla Street 7DN
    Dallas, Texas 75201
    Telephone – 214/670-3519
    Telecopier – 214/670-0622

    **ATTORNEYS FOR CITY OF DALLAS**

## CERTIFICATE OF CONFERENCE

I certify that on January 25, 2024, I conferred with Plaintiffs' counsel by email concerning the filing of this motion and the relief sought. Plaintiffs do not oppose the relief sought in this motion.

s/ *Kathleen M. Fones*
Kathleen M. Fones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was submitted to the Clerk of Court using the CM/ECF System for such electronic filing on this 26th day of January, 2024.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties registered under the CM/ECF System to receive service electronically.

s/ *Kathleen M. Fones*
Kathleen M. Fones