UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| XTC CABARET (DALLAS), INC. D/B/A XTC CABARET; FINE DINING CLUB, INC. D/B/A SILVER CITY CABARET; COASTER LINE COASTER CLUB INC. D/B/A TIGER CABARET; GUILLERMO BELTRAN DEL RIO TIRADO; DEDRRICK NERO; and RICHARD BOTHMANN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DALLAS and THE CITY OF DALLAS POLICE DEPARTMENT, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 3:24-CV-0042-B |

## ORDER SETTING HEARING

The Court **ORDERS** that a preliminary injunction hearing be set for:

**Monday, April 29, 2024 at 10:00 a.m.**
Before Judge Jane J. Boyle
Courtroom 1516, Fifteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

By **March 8, 2024**, Plaintiffs must file a brief in support of their request for a preliminary injunction that sets out the relief requested and the grounds therefor. Defendants must file their response brief by **March 29, 2024**. Plaintiffs' reply brief, if any, is due by **April 12, 2024**.

In addition, by **April 19, 2024**, counsel for each party intending to offer exhibits, if any, shall exchange a complete set of marked exhibits (including demonstrative exhibits) with opposing

counsel and shall deliver a set of marked exhibits to the Court's chambers (except for large or voluminous items that cannot be easily reproduced). A list of witnesses, if any, shall also be exchanged, with a copy delivered to the Court's chambers, by each party no later than **April 19, 2024**. The witness lists should provide: (i) the name and address of each witness; (ii) a brief narrative summary of the testimony to be covered by each witness; and (iii) the expected duration of direct or cross-examination of the witness.

    SO ORDERED.

    SIGNED: February 27, 2024.

                                              JANE J. BOYLE
                                              UNITED STATES DISTRICT JUDGE