# EXHIBIT A

November 21, 2023



**City of Dallas**

Dear Sexually Oriented Business License Holder, Owner, Manager, or Person in Charge:

On January 26, 2022, the Dallas City Council passed Ordinance Number 32125, an ordinance amending Chapter 41A "Sexually Oriented Businesses" of the Dallas City Code. This ordinance provides that sexually oriented businesses may not operate between 2:00 a.m. and 6:00 a.m. each day. This ordinance also provides that a sexually oriented business license shall be suspended for a period not to exceed 30 days for a violation of the hours of operation regulation. This ordinance also provides a penalty not to exceed $4,000.00 and confinement in jail not to exceed one year for violating a provision of this ordinance. **The Dallas Police Department will begin enforcement of the ordinance effective November 30, 2023.**

As the license holder, owner, manager, or person in charge of this business, we hope you will take all appropriate action to ensure compliance with Chapter 41A of the Dallas City Code regarding the hours of operation regulation and ensure that your business does not operate between the hours of 2:00 a.m. and 6:00 a.m.

**Dallas Police Department is notifying you that it will seek criminal charges against you if it is found that you are in violation of Section 41A-14.3, "Hours of Operation," of the Dallas City Code. Pursuant to Dallas City Code, Section 41A-4(e), if the licensee has applied for, and received, both a Sexually Oriented Business license and a Dance Hall license, the applicant must comply with the hours of operation requirement found in Section 41A-14.3(a) of the Dallas City Code. The possession of a Late-Hours permit issued pursuant to Section 14-3.1 of the Dallas City Code does not exempt the licensee of a Sexually Oriented Business license from the provisions of Section 41A-14.3(a) of the Dallas City Code.**

Additionally, the Chief of Police shall suspend a Sexually Oriented Business License for a period not to exceed 30 days if the Chief of Police determines that a licensee, an operator, or an employee has violated or is not in compliance with Section 41A-14.3 "Hours of Operation" of the Dallas City Code.

Finally, the Chief of Police shall revoke a Sexually Oriented Business License if a cause of suspension in Section 41A-9 occurs, and the license has been suspended within the preceding 12 months. If you have questions, contact the Special Investigations Division Vice Licensing Squad at (214) 671-3230 to discuss this matter. Thank you for your anticipated cooperation.

Sincerely,

**EDDIE GARCIA**
**CHIEF OF POLICE**

Devon A. Palk
Major of Police
Special Investigations Division
Dallas Police Department

**DALLAS POLICE DEPARTMENT**   1400 BOTHAM JEAN BLVD.   DALLAS, TEXAS 75215