# EXHIBIT D

| | |
|---|---|
| **From:** | Palk, Devon <devon.palk@dallaspolice.gov> |
| **Sent:** | Wednesday, November 29, 2023 3:48 PM |
| **To:** | Casey Wallace; Valerie Baker |
| **Cc:** | Georgitso, Adam; Haning, Jill; Wilkins, David |
| **Subject:** | Letter to Chief Eddie Garcia and Major Devon Palk |

Mr. Wallace:

Thank you for reaching out.  In regard to remaining open after 2am, all businesses with SOB licenses, including XTC Cabaret (Dallas), Inc. (XTC), must comply with the hours of operation requirement in Dallas City Code Section 41A-14.3(a). XTC may not operate between 2:00 a.m. and 6:00 a.m.

Further, XTC's current certificate of occupancy is for a commercial amusement (inside). The operation of a restaurant is a separate main use. Operation of a restaurant at the XTC site would require a new or separate certificate of occupancy. However, if XTC obtains a certificate of occupancy for a restaurant use, operation between the hours of 2:00 a.m. and 6:00 a.m. will still be prohibited because the business is an SOB licensee.

Please let me know if you have any further questions.

Thank you,



**Devon A. Palk**
*Major of Police*
**Special Investigations Division**
City of Dallas | DallasPolice.net
Dallas Police Department
1400 Botham Jean Boulevard
Dallas, TX 75215
O:  214-671-3120  |  C:  214-531-8603
devon.palk@dallaspolice.gov

  

1