# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| XTC CABARET (DALLAS), INC. D/B/A XTC CABARET; FINE DINING CLUB, INC. D/B/A SILVER CITY CABARET; COASTER LINE COASTER CLUB INC. D/B/A TIGER CABARET; GUILLERMO BELTRAN DEL RIO TIRADO; DEDRRICK NERO; RICHARD BOTHMANN, JR.; LUXX ENTERTAINMENT, LLC D/B/A MR. LUXX; AND JESUS HERNANEDEZ, <br><br>*Plaintiffs,* <br><br>v. <br><br>THE CITY OF DALLAS AND THE CITY OF DALLAS POLICE DEPARTMENT, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. _____ |

## DECLARATION OF RICHARD BUTTLER

1. My name is Richard Buttler. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. All statements contained in this declaration are true and correct and are based on my personal knowledge.

2. I am the **GM** of Fine Dining Club, Inc. d/b/a Silver City Cabaret. I have read the foregoing Complaint and Application for Preliminary and Permanent Injunctive Relief and every factual statement in it relating to Silver City is true and correct.

3. I, Richard Buttler, declare under penalty of perjury that the above is true and correct and based on my personal knowledge. I am executing this declaration within the territorial limits of the United States of America.

EXECUTED on December 22, 2023.

_____
Richard Buttler