# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XTC CABARET (DALLAS), INC. D/B/A XTC CABARET; FINE DINING CLUB, INC. D/B/A SILVER CITY CABARET; COASTER LINE COASTER CLUB INC. D/B/A TIGER CABARET; GUILLERMO BELTRAN DEL RIO TIRADO; DEDRRICK NERO; RICHARD BOTHMANN, JR.; LUXX ENTERTAINMENT, LLC D/B/A MR. LUXX; AND JESUS HERNANEDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DALLAS AND THE CITY OF DALLAS POLICE DEPARTMENT, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. _____ |

## DECLARATION OF RAY CARLSON

1. My name is Ray Carlson. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. All statements contained in this declaration are true and correct and are based on my personal knowledge.

2. I am the general manager of Coaster Line Coaster Club Inc. d/b/a Tiger Cabaret. I have read the foregoing Complaint and Application for Preliminary and Permanent Injunctive Relief and every factual statement pertaining to Tiger Cabaret and the arrestees affiliated with Tiger Cabaret, including myself, are true and correct.

3. I, Ray Carlson, declare under penalty of perjury that the above is true and correct and based on my personal knowledge. I am executing this declaration within the territorial limits of the United States of America.

EXECUTED on December 27th, 2023.

_____
Ray Carlson