IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XTC CABARET (DALLAS) INC. D/B/A XTC CABARET et al.,<br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS TEXAS et al.,<br>    Defendants. | § § § § § § § § § | Civil Action No. 3:24-CV-00042-B |

### DEFENDANT CITY OF DALLAS'S LIST OF EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant City of Dallas on behalf of itself and its nonjural subdivision the Dallas Police Department (together, the "City") and respectfully submits this list of exhibits for the preliminary injunction hearing in the above-numbered and styled cause.

| Exhibit No. | Exhibit Name/Designation | Offered/Admitted |
|---|---|---|
| 1 | Ordinance No. 32125 | |
| 2 | Letter dated November 21, 2023 | |
| 3 | Briefing Presentation for Dallas City Council dated January 5, 2022 | |
| 4 | Memorandum to Dallas City Council dated January 14, 2022 | |
| 5 | SOB Crime Data Comparison Table | |

Respectfully submitted,

TAMMY L. PALOMINO
CITY ATTORNEY

By: *s/ Kathleen M. Fones*
Kathleen M. Fones
Texas Bar No. 24050611
Assistant City Attorney
kathleen.fones@dallas.gov

Stacy Jordan Rodriguez
Texas Bar No. 11016750
Assistant City Attorney
stacy.rodriguez@dallas.gov

Andrew G. Spaniol
Texas Bar No. 24063012
Assistant City Attorney
andrew.spaniol@dallas.gov

Ryan T. Crocker
Texas Bar No. 24137452
Assistant City Attorney
ryan.crocker@dallas.gov

Dallas City Hall
1500 Marilla Street 7DN
Dallas, Texas 75201
Telephone – 214/670-3519
Telecopier – 214/670-0622

**ATTORNEYS FOR CITY OF DALLAS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was submitted to the Clerk of Court using the CM/ECF System for such electronic filing on this 19th day of April, 2024.  Based on the recordscurrently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties registered under the CM/ECF System to receive service electronically.

          s/ *Kathleen M. Fones*
          Kathleen M. Fones