IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XTC CABARET (DALLAS) INC. D/B/A<br>XTC CABARET et al.<br>　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS TEXAS et al.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-CV-00042-B |

### DEFENDANT CITY OF DALLAS'S AMENDED WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant City of Dallas on behalf of itself and its nonjural subdivision the Dallas Police Department (together, the "City") and respectfully submits the following witness list for the preliminary injunction hearing in this lawsuit. The City may call any of the following witnesses:

(1)     Deputy Chief Devon A. Palk
         c/o Dallas City Attorney's Office
         1500 Marilla Street, 7DN
         Dallas, Texas 75201
         (214) 670-3519

Deputy Chief Palk oversaw the Special Investigations Division of the Dallas Police Department ("DPD") at the time that Ordinance No. 32125 (the "Ordinance") was presented to the Dallas City Council and enacted. He also oversaw the division when the Ordinance went into effect. He will testify as to the enactment of the Ordinance and its initial enforcement. It is anticipated that his direct and cross-examination together will take 30 minutes to 1 hour.

(2)     Major Stephen Bishopp
         c/o Dallas City Attorney's Office
         1500 Marilla Street, 7DN
         Dallas, Texas 75201
         (214) 670-3519

Major Bishopp is in the Research and Development Division of DPD and conducted the analyses of crime data that was presented to the Dallas City Council as support for enactment of the Ordinance as well as analyses of crime data since the enactment of the Ordinance. He will testify

to that data. It is anticipated that his direct and cross-examination together will take at least 30 minutes to 1 hour.

(3)   Detective Cameron Peterson
      c/o Dallas City Attorney's Office
      1500 Marilla Street, 7DN
      Dallas, Texas 75201
      (214) 670-3519

Detective Peterson was one of the detectives who conducted the undercover investigation at Malibu Lounge and observed the nature of the operations inside Malibu Lounge on December 3, 2023. He will testify as to his observations and actions on that date as well as the probable cause for the arrests made at Malibu Lounge on that date. It is anticipated that his direct and cross-examination together will take at least 30 minutes.

In addition, the City also reserves the right to call any witnesses identified on Plaintiffs' witness list for the preliminary injunction hearing in this lawsuit and any witness necessary for impeachment.

Respectfully submitted,

TAMMY L. PALOMINO
CITY ATTORNEY

By: *s/ Kathleen M. Fones*
Kathleen M. Fones
Texas Bar No. 24050611
kathleen.fones@dallas.gov
Stacy Jordan Rodriguez
Texas Bar No. 11016750
stacy.rodriguez@dallas.gov
Andrew G. Spaniol
Texas Bar No. 24063012
andrew.spaniol@dallas.gov
Ryan T. Crocker
Texas Bar No. 24137452
ryan.crocker@dallas.gov
Assistant City Attorneys
Dallas City Hall
1500 Marilla Street 7DN
Dallas, Texas 75201
Telephone – 214/670-3519
Telecopier – 214/670-0622
**ATTORNEYS FOR CITY OF DALLAS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was submitted to the Clerk of Court using theCM/ECF System for such electronic filing on this 19th day of April, 2024.  Based on the recordscurrently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties registered under the CM/ECF System to receive service electronically.

s/ *Kathleen M. Fones*
Kathleen M. Fones