IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| XTC CABARET (DALLAS), INC. D/B/A XTC CABARET; FINE DINING CLUB, INC. D/B/A SILVER CITY CABARET; COASTER LINE COASTER CLUB INC. D/B/A TIGER CABARET; GUILLERMO BELTRAN DEL RIO TIRADO; DEDRRICK NERO; AND RICHARD BOTHMANN, JR.,<br><br>　　*Plaintiffs,*<br><br>v.<br><br>THE CITY OF DALLAS, THE CITY OF DALLAS POLICE DEPARTMENT, AND OFFICERS EDDIE GARCIA, DEVON POLK, AND CAMERON PETERSON IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES<br><br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:24-cv-00042-B<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' AMENDED PRELIMINARY INJUNCTION EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | DENIED | NO RULING |
|---|---|---|---|---|---|
| 1. | November 21, 2023 Letter from the City of Dallas<br><br>[XTC_000001] | | | | |
| 2. | Declaration of Fernando Galdamez<br><br>[XTC_000002] | | | | |
| 3. | November 27, 2023 Letter from WA responding to City of Dallas Letter<br><br>[XTC_000003-000005] | | | | |

-2-

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | DENIED | NO RULING |
|---|---|---|---|---|---|
| 4. | November 29, 2023 Email from the City of Dallas responding to WA letter. [XTC_000006] | | | | |
| 5. | Certificate of Occupancy documents for Malibu [XTC_000007-000011] | | | | |
| 6. | Chapter 41A SOB Ordinance [XTC_000012-000027] | | | | |
| 7. | Chapter 14 Dance Hall Ordinance [XTC_000028-000037] | | | | |
| 8. | Silver City SOB License [XTC_000038] | | | | |
| 9. | Tiger Cabaret SOB License [XTC_000039] | | | | |
| 10. | XTC SOB License [XTC_000040] | | | | |
| 11. | XTC After Hours License [XTC_000041] | | | | |
| 12. | Sliver City After Hours License [XTC_000042] | | | | |
| 13. | XTC Application for Dance Hall/Late Hours Permit [XTC_000043-000101] | | | | |
| 14. | Silver City Application for Dance Hall/Late Hours Permit [XTC_000102-157] | | | | |
| 15. | Advertisements for After Hours – Next Level Dallas [XTC_000158] | | | | |

-3-

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | DENIED | NO RULING |
|---|---|---|---|---|---|
| 16. | Advertisements for After Hours – KAOS Lounge After Hours [XTC_000159] | | | | |
| 17. | Advertisements for After Hours – Mr. Belagio [XTC_000160] | | | | |
| 18. | Advertisements for After Hours – Fiveam Theater [XTC_000161] | | | | |
| 19. | Advertisements for After Hours – Jack's House [XTC_000162] | | | | |
| 20. | Advertisements for After Hours – Club De Dior [XTC_000163] | | | | |
| 21. | Tiger After Hours License [XTC_000164] | | | | |
| 22. | Video of Amora After Hours [XTC_000165] | | | | |
| 23. | Advertisements for After Hours – Malibu Bar [XTC_000166-000168] | | | | |
| 24. | Advertisements for After Hours – 701 Dallas [XTC_000169] | | | | |
| 25. | Advertisements for After Hours – Bunny's Dallas [XTC_000170] | | | | |
| 26. | Advertisements for After Hours – Gersonnba [XTC_000171] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | DENIED | NO RULING |
|---|---|---|---|---|---|
| 27. | Advertisements for After Hours – Hush Dallas [XTC_000172] | | | | |
| 28. | Video of Malibu Bar After Hours [XTC_000173] | | | | |
| 29. | Video of Problematicx After Hours [XTC_000174] | | | | |
| 30. | Video of 5AM [XTC_000175] | | | | |
| 31. | Video of 5AM [XTC_000176] | | | | |
| 32. | Video of 5AM [XTC_000177] | | | | |

Plaintiffs XTC Cabaret (Dallas), Inc. d/b/a XTC Cabaret ("XTC Cabaret"), Fine Dining Club, Inc. d/b/a Silver City Cabaret ("Silver City"), Coaster Line Coaster Club Inc. d/b/a Tiger Cabaret ("Tiger Cabaret"), Guillermo Beltran Del Rio Tirado ("Tirado"), Dedrrick Nero ("Nero"), and Richard Bothmann, Jr. ("Bothmann") (collectively "Plaintiffs") reserve the right to supplement and/or amend their Preliminary Injunction Exhibit List.

April 25, 2024                                    Respectfully submitted,

                                                    */s/ Casey T. Wallace*
                                                    Casey T. Wallace
                                                    State Bar No. 00795827
                                                    Benjamin W. Allen
                                                    State Bar No. 24069288
                                                    Avery L. Larson
                                                    State Bar No. 24132192
                                                    Wallace & Allen, LLP
                                                    440 Louisiana, Suite 590
                                                    Houston, Texas 77002
                                                    Telephone: (713) 224-1744
                                                    Facsimile: (713) 600-0034
                                                    cwallace@wallaceallen.com
                                                    ballen@wallaceallen.com
                                                    alarson@wallaceallen.com

                                                    **COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the above and foregoing instrument has been served upon the following in accordance with the Federal Rules of Civil Procedure on April 25, 2024.

Tammy L. Palomino
Dallas City Attorney
Kathleen M. Fones
Assistant City Attorney
Stacy Jordan Rodriguez
Assistant City Attorney
City Attorney's Office
1500 Marilla Street, Room 7DN
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622
kathleen.fones@dallas.gov
stacy.rodriguez@dallas.gov

**COUNSEL FOR DEFENDANTS**

                                            */s/ Casey T. Wallace*
                                            Casey T. Wallace