IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XTC CABARET (DALLAS), INC. D/B/A XTC CABARET; FINE DINING CLUB, INC. D/B/A SILVER CITY CABARET; COASTER LINE COASTER CLUB INC. D/B/A TIGER CABARET; GUILLERMO BELTRAN DEL RIO TIRADO; DEDRRICK NERO; AND RICHARD BOTHMANN, JR., <br><br>  *Plaintiffs,* <br><br> v. <br><br> THE CITY OF DALLAS, THE CITY OF DALLAS POLICE DEPARTMENT, AND OFFICERS EDDIE GARCIA, DEVON POLK, AND CAMERON PETERSON IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:24-cv-00042-B |

**PLAINTIFFS' PRELIMINARY INJUNCTION WITNESS LIST**

Plaintiffs XTC Cabaret (Dallas), Inc. d/b/a XTC Cabaret ("XTC Cabaret"), Fine Dining Club, Inc. d/b/a Silver City Cabaret ("Silver City"), Coaster Line Coaster Club Inc. d/b/a Tiger Cabaret ("Tiger Cabaret"), Guillermo Beltran Del Rio Tirado ("Tirado"), Dedrrick Nero ("Nero"), and Richard Bothmann, Jr. ("Bothmann") (collectively "Plaintiffs") submit that they will call the following witnesses at the Preliminary Injunction hearing in this matter:

1. Richard Bothmann
   c/o Casey T. Wallace
   Benjamin W. Allen
   Wallace & Allen, LLP
   440 Louisiana, Ste. 590
   Houston, Texas 77002
   (713) 227-1744
   cwallace@wallaceallen.com
   ballaen@wallaceallen.com

   Mr. Bothmann is a Plaintiff in this lawsuit. He was employed by Georock Investments, Inc. Mr. Bothmann is not, and never has been employed by XTC Cabaret, Silver City, Tiger Cabaret or Malibu. Mr. Bothmann was employed by Georock as a valet to park cars. Mr. Bothmann will testify about his wrongful arrest by Defendants in the early morning of December 3, 2023 for allegedly selling, serving or consuming alcoholic beverages after 2:00 a.m. The direct or cross-examination of Mr. Bothmann is expected to take at minimum 30 minutes.

2. Ray "Rocky" Carlson
   c/o Casey T. Wallace
   Benjamin W. Allen
   Wallace & Allen, LLP
   440 Louisiana, Ste. 590
   Houston, Texas 77002
   (713) 227-1744
   cwallace@wallaceallen.com
   ballaen@wallaceallen.com

   Mr. Carlson is employed by Plaintiff Coaster Line Coaster Club, Inc., d/b/a Tiger Cabaret as a general manager. Mr. Carlson will testify about the claims alleged against Defendants in this lawsuit, more specifically about the operations of the Tiger Cabaret in accordance with § 41A of the Dallas City Code. The direct or cross-examination of Mr. Carlson is expected to take at minimum 30 minutes.

3. Mark Kirk
   c/o Casey T. Wallace
   Benjamin W. Allen
   Wallace & Allen, LLP
   440 Louisiana, Ste. 590
   Houston, Texas 77002
   (713) 227-1744
   cwallace@wallaceallen.com
   ballaen@wallaceallen.com

   Mr. Kirk is a manager of 9125 Thornton, LLC d/b/a Malibu. He will have personal knowledge of the enforcement of §41A of the Dallas City Code by the Defendants.

      The direct or cross-examination of Mr. Kirk is expected to take at minimum 30 minutes.

4.     Nikolaos Rouses
       c/o Casey T. Wallace
       Benjamin W. Allen
       Wallace & Allen, LLP
       440 Louisiana, Ste. 590
       Houston, Texas 77002
       (713) 227-1744
       cwallace@wallaceallen.com
       ballaen@wallaceallen.com

       Mr. Rouses is employed by Plaintiff Coaster Line Coaster Club, Inc., d/b/a Tiger Cabaret as a manager. Mr. Rouses will testify about the claims alleged against Defendants in this lawsuit, more specifically about the operations of the Tiger Cabaret in accordance with § 41A of the Dallas City Code and the December 3, 2023 wrongful arrests of Plaintiffs Guillermo, Tirado, Nero and Bothmann by Defendant City of Dallas Police Department. The direct or cross-examination of Mr. Rouses is expected to take at minimum 30 minutes.

5.     Guillermo Beltran Del Rio Tirado
       c/o Casey T. Wallace
       Benjamin W. Allen
       Wallace & Allen, LLP
       440 Louisiana, Ste. 590
       Houston, Texas 77002
       (713) 227-1744
       cwallace@wallaceallen.com
       ballaen@wallaceallen.com

       Mr. Tirado is a Plaintiff in this lawsuit employed by Plaintiff Coaster Line Coaster Club, Inc., d/b/a Tiger Cabaret as a barback. Mr. Tirado will testify about his wrongful arrest by Defendant City of Dallas Police Department in the early morning of December 3, 2023 for allegedly operating a sexually oriented business after 2:00 a.m. in violation of § 41A of the Dallas City Code. The direct or cross-examination of Mr. Tirado is expected to take at minimum 30 minutes.

6.  Dedrrick Nero
    c/o Casey T. Wallace
    Benjamin W. Allen
    Wallace & Allen, LLP
    440 Louisiana, Ste. 590
    Houston, Texas 77002
    (713) 227-1744
    cwallace@wallaceallen.com
    ballaen@wallaceallen.com

    Mr. Nero is a Plaintiff in this lawsuit employed by Plaintiff Coaster Line Coaster Club, Inc., d/b/a Tiger Cabaret as a door man. Mr. Nero will testify about his wrongful arrest by Defendant City of Dallas Police Department in the early morning of December 3, 2023 for allegedly operating a sexually oriented business after 2:00 a.m. in violation of § 41A of the Dallas City Code. The direct or cross-examination of Mr. Nero is expected to take at minimum 30 minutes.

7.  Jesus Hernandez
    9009 Soverign Road
    Dallas, Texas 75247
    (469) 855-0422

    Mr. Hernandez is the owner of Luxx Entertainment, LLC d/b/a Mr. Luxx. He will have personal knowledge of the enforcement of §41A of the Dallas City Code by the Defendants and will testify about his two arrests. The direct or cross-examination of Mr. Hernandez is expected to take at minimum 30 minutes.

8.  Ed Anakar
    c/o Casey T. Wallace
    Benjamin W. Allen
    Wallace & Allen, LLP
    440 Louisiana, Ste. 590
    Houston, Texas 77002
    (713) 227-1744
    cwallace@wallaceallen.com
    ballaen@wallaceallen.com

    Mr. Anakar is the president of RCI Management Services, Inc., a non-party to this litigation which provides logistical and operational support to certain clubs, including Plaintiff XTC Cabaret (Dallas), Inc., d/b/a XTC Cabaret and Plaintiff Fine Dining Club, Inc. d/b/a Silver City Cabaret. He is expected to testify on the operations of XTC Cabaret in accordance with § 41A of the Dallas City Code and the November 27, 2023 exchange between Defendants and XTC regarding the same. The direct or cross-examination of Mr. Anakar is expected to take at minimum 30 minutes.

9.    Dean Reardon
c/o Casey T. Wallace
Benjamin W. Allen
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744
cwallace@wallaceallen.com
ballaen@wallaceallen.com

Mr. Reardon is the director of operations for RCI Management Services, Inc., a non-party to this litigation which provides logistical and operational support to certain clubs, including Plaintiff XTC Cabaret (Dallas), Inc., d/b/a XTC Cabaret and Plaintiff Fine Dining Club, Inc. d/b/a Silver City Cabaret. He is expected to testify on the operations of XTC Cabaret in accordance with § 41A of the Dallas City Code and the November 27, 2023 exchange between Defendants and XTC regarding the same. The direct or cross-examination of Mr. Reardon is expected to take at minimum 30 minutes.

10.    Richard Buttler
c/o Casey T. Wallace
Benjamin W. Allen
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744
cwallace@wallaceallen.com
ballaen@wallaceallen.com

Mr. Buttler is the general manager of Plaintiff Fine Dining Club, Inc., d/b/a Silver City Cabaret. Mr. Buttler will testify about the operations of Silver City Cabaret in accordance with §41A of the Dallas City Code and the enforcement of §41A of the Dallas City Code by Defendants. The direct or cross-examination of Mr. Buttler is expected to take at minimum 30 minutes.

11.    Joshua Stern
c/o Casey T. Wallace
Benjamin W. Allen
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744
cwallace@wallaceallen.com
ballaen@wallaceallen.com

          Mr. Stern is employed by Plaintiff Coaster Line Coaster Club, Inc., d/b/a Tiger Cabaret as a general manager. Mr. Stern will testify about the claims alleged against Defendants in this lawsuit, more specifically about the operations of the Tiger Cabaret in accordance with §41A of the Dallas City Code. The direct or cross-examination of Mr. Stern is expected to take at minimum 30 minutes.

12.    Fernando Galdamez
       c/o Casey T. Wallace
       Benjamin W. Allen
       Wallace & Allen, LLP
       440 Louisiana, Ste. 590
       Houston, Texas 77002
       (713) 227-1744
       cwallace@wallaceallen.com
       ballaen@wallaceallen.com

       Mr. Galdamez is an employee of Plaintiff XTC Cabaret (Dallas), Inc., d/b/a XTC Cabaret. He will have personal knowledge of the November 27, 2023 exchange between himself and the Dallas Vice Officer who hand delivered to him a letter from the City of Dallas and verbally informed and threatened him that he would be fined and or go to jail if XTC was opened past 2:00 a.m. The direct or cross-examination of Mr. Galdamez is expected to take at least 30 minutes.

Plaintiffs hereby cross-designate those witnesses in Defendants' Witness List to the extent Plaintiffs have not objected to those witnesses. Plaintiffs reserve the right to designate rebuttal witnesses.

| | |
|---|---|
| April 18, 2024 | Respectfully submitted,<br><br>*/s/ Casey T. Wallace*<br>Casey T. Wallace<br>State Bar No. 00795827<br>Benjamin W. Allen<br>State Bar No. 24069288<br>Avery L. Larson<br>State Bar No. 24132192<br>Wallace & Allen, LLP<br>440 Louisiana, Suite 590<br>Houston, Texas 77002<br>Telephone: (713) 224-1744<br>Facsimile: (713) 600-0034<br>cwallace@wallaceallen.com<br>ballen@wallaceallen.com<br>alarson@wallaceallen.com<br><br>**COUNSEL FOR PLAINTIFFS** |

-8-

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been served upon the following in accordance with the Federal Rules of Civil Procedure on April 18, 2024.

Tammy L. Palomino
Dallas City Attorney
Kathleen M. Fones
Assistant City Attorney
Stacy Jordan Rodriguez
Assistant City Attorney
City Attorney's Office
1500 Marilla Street, Room 7DN
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622
kathleen.fones@dallas.gov
stacy.rodriguez@dallas.gov

**COUNSEL FOR DEFENDANTS**

                                        */s/ Casey T. Wallace*
                                        Casey T. Wallace