| | |
|---|---|
| **From:** | Villegas, Lilia |
| **To:** | Marissa Reyna |
| **Cc:** | Fones, Kathleen; Rodriguez, Stacy; Spaniol, Andrew; Crocker, Ryan; Plaster, Lori |
| **Subject:** | RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs" PI Exhibits and Witness List |
| **Date:** | Friday, April 26, 2024 6:41:54 AM |
| **Attachments:** | image001.png |

Hi Marissa,

They did upload however a window opens asking I buy a HEVC Video Extension to view each video so I can only hear the audio. Is there another format you can send these to view? The video links you emailed last week worked fine. Thanks!

**From:** Marissa Reyna <mreyna@wallaceallen.com>
**Sent:** Thursday, April 25, 2024 8:05 PM
**To:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

**External Email!**

I tried again, the files say uploaded. If there is supposed to be a next step to complete the submission it is not there. Maybe I need a new link?

Marissa Reyna, Paralegal
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744 - Telephone
(713) 600-0034 – Fax
mreyna@wallaceallen.com

**From:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Sent:** Thursday, April 25, 2024 5:34 PM
**To:** Marissa Reyna <mreyna@wallaceallen.com>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

They are not there. Can you please try again?

**From:** Marissa Reyna <mreyna@wallaceallen.com>

**Exhibit A**

**Sent:** Thursday, April 25, 2024 5:19 PM
**To:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

**External Email!**

Thank you, Lilia. I might have uploaded them twice. Please let me know if you have received Exhibits 30-32.

Thank you,

Marissa Reyna, Paralegal
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744 - Telephone
(713) 600-0034 – Fax
mreyna@wallaceallen.com

---

**From:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Sent:** Thursday, April 25, 2024 5:10 PM
**To:** Marissa Reyna <mreyna@wallaceallen.com>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

Marissa,

Please upload the videos to the link below:

https://bray2.sharefile.com/r-rcf26936d41794009812345fa40bba726

Let me know if you have any issues.  Thank you!

---

**From:** Marissa Reyna <mreyna@wallaceallen.com>
**Sent:** Thursday, April 25, 2024 4:20 PM
**To:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

**External Email!**

Hi Lilia,

Attached is Plaintiffs' Amended Preliminary Injunction Exhibit List. The three added exhibits are videos that cannot be emailed due to size. Is there another way you can receive Exhibits 30-32?

Thank you,

Marissa Reyna, Paralegal
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002

(713) 227-1744 - Telephone
(713) 600-0034 – Fax
mreyna@wallaceallen.com

**From:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Sent:** Friday, April 19, 2024 5:04 PM
**To:** Marissa Reyna <mreyna@wallaceallen.com>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** Re: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

Thank you , Marissa.

**From:** Marissa Reyna <mreyna@wallaceallen.com>
**Sent:** Friday, April 19, 2024 5:01:36 PM
**To:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Cc:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>; Plaster, Lori <lori.plaster@dallas.gov>
**Subject:** RE: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

**External Email!**

Hi Lilia,

Here is Plaintiffs' Exhibit and Witness List. I will email you the exhibits in consecutive emails following this one.

Thank you,

Marissa Reyna, Paralegal
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744 - Telephone
(713) 600-0034 – Fax
mreyna@wallaceallen.com

**From:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Sent:** Friday, April 19, 2024 4:45 PM
**To:** Marissa Reyna <mreyna@wallaceallen.com>
**Subject:** FW: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

Hi Marissa,

The City is unable to open & use Dropbox files.  Could you please send us the documents through another electronic method?  Thank you.

**From:** Fones, Kathleen <kathleen.fones@dallas.gov>
**Sent:** Friday, April 19, 2024 4:40 PM
**To:** Villegas, Lilia <lilia.villegas@dallas.gov>
**Subject:** FW: 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

**From:** Marissa Reyna <mreyna@wallaceallen.com>

**Sent:** Friday, April 19, 2024 4:31 PM
**To:** Fones, Kathleen <kathleen.fones@dallas.gov>; Rodriguez, Stacy <stacy.rodriguez@dallas.gov>; Spaniol, Andrew <andrew.spaniol@dallas.gov>; Crocker, Ryan <ryan.crocker@dallas.gov>
**Cc:** Benjamin Allen <ballen@wallaceallen.com>; Casey Wallace <cwallace@wallaceallen.com>
**Subject:** 3:24-cv-00042-B; XTC et al v. The City of Dallas - Plaintiffs' PI Exhibits and Witness List

**External Email!**

Counsel,

Pursuant to Dkt. 21, Order Setting Hearing, please find in the following Dropbox link Plaintiffs' Exhibit List, Witness List and Plaintiffs' marked exhibits intended for the April 29, 2024, Preliminary Injunction hearing in the above.

https://www.dropbox.com/scl/fo/itm1d92mdhfc4f3r9zze2/AJWlu5JjZKs_6cBvcUU1zNc?rlkey=g0htirjob7pgw8gts0bm9jqfz&st=5mkldtea&dl=0

Thank you,

Marissa Reyna, Paralegal
Wallace & Allen, LLP
440 Louisiana, Ste. 590
Houston, Texas 77002
(713) 227-1744 - Telephone
(713) 600-0034 – Fax
mreyna@wallaceallen.com

**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.